

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:25cr78 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| ANTHONY WASHINGTON, JR. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-19

On or about the following dates, in the Northern District of Indiana,

**ANTHONY WASHINGTON, JR.,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the dealers with respect to any fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that his current state of residence and address was 400 N Lake Park, Ave Apt. 04E, Hobart, Indiana 46342, whereas in truth and in fact, he knew that his current address was not 400 N Lake Park, Ave Apt 04E, Hobart, Indiana 46342,

1

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | September 5, 2022 | FFL # 1 |
| 2 | October 20, 2022 | FFL # 2 |
| 3 | October 22, 2022 | FFL # 1 |
| 4 | January 18, 2023 | FFL # 1 |
| 5 | January 26, 2023 | FFL # 1 |
| 6 | February 1, 2023 | FFL # 1 |
| 7 | February 13, 2023 | FFL # 2 |
| 8 | February 18, 2023 | FFL # 3 |
| 9 | February 18, 2023 | FFL # 4 |
| 10 | April 5, 2023 | FFL # 1 |
| 11 | April 19, 2023 | FFL # 1 |
| 12 | April 26, 2023 | FFL # 2 |
| 13 | April 27, 2023 | FFL # 1 |
| 14 | May 10, 2023 | FFL # 2 |
| 15 | May 24, 2023 | FFL # 5 |
| 16 | June 1, 2023 | FFL # 6 |
| 17 | June 8, 2023 | FFL # 1 |
| 18 | June 9, 2023 | FFL # 5 |
| 19 | June 14, 2023 | FFL # 1 |

**THE GRAND JURY FURTHER CHARGES:**

## COUNTS 20-38

On or about the following dates, in the Northern District of Indiana,

**ANTHONY WASHINGTON, JR.,**

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that his current state of residence and address was 400 N Lake Park, Ave Apt. 04E, Hobart, Indiana 46342, whereas in truth and in fact, he knew that his current state of residence and address was not 400 N Lake Park, Ave Apt. 04E, Hobart, Indiana 46342,

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 20 | September 5, 2022 | FFL # 1 |
| 21 | October 20, 2022 | FFL # 2 |
| 22 | October 22, 2022 | FFL # 1 |
| 23 | January 18, 2023 | FFL # 1 |
| 24 | January 26, 2023 | FFL # 1 |

| 25 | February 1, 2023 | FFL # 1 |
| --- | --- | --- |
| 26 | February 13, 2023 | FFL # 2 |
| 27 | February 18, 2023 | FFL # 3 |
| 28 | February 18, 2023 | FFL # 4 |
| 29 | April 5, 2023 | FFL # 1 |
| 30 | April 19, 2023 | FFL # 1 |
| 31 | April 26, 2023 | FFL # 2 |
| 32 | April 27, 2023 | FFL # 1 |
| 33 | May 10, 2023 | FFL # 2 |
| 34 | May 24, 2023 | FFL # 5 |
| 35 | June 1, 2023 | FFL # 6 |
| 36 | June 8, 2023 | FFL # 1 |
| 37 | June 9, 2023 | FFL # 5 |
| 38 | June 14, 2023 | FFL # 1 |

A TRUE BILL:

/s/ Foreperson
FOREPERSON

M. SCOTT PROCTOR
Acting United States Attorney

By:  /s/ Caitlin M. Padula
Caitlin M. Padula
Assistant United States Attorney

4